(March 26, 1976)

In the Matter of SANDRA L. BERG et al., Respondents, v MARIO CUOMO, as Secretary of State of the State of New York, Respondent, and MORRIS K. UDALL et al., Appellants.—Appeal from a judgment of the Supreme Court at Special Term, entered March 25, 1976 in Albany County, which granted petitioners' application, in a proceeding pursuant to CPLR article 78, to direct the Secretary of State to accept, as timely filed, such certificates of preference as had been filed on or before March 24, 1976. Judgment affirmed, without costs, on the opinion of Staley, Jr., J., at Special Term. Koreman, P. J., Sweeney, Mahoney, Larkin and Herlihy, JJ., concur. [85 Misc 2d 925.]